**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAY -9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __1:07CR97-MEF__ |
| | ) | 21 USC § 841(a)(1) |
| MICHAEL ALRED | ) | |
| | ) | <u>INDICTMENT</u> |

The Grand Jury charges:

<u>COUNT 1</u>

That on or about the 14th day of December, 2006, in Geneva County, within the Middle District of Alabama, the defendant,

MICHAEL ALRED,

did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 2</u>

That on or about the 11th day of January, 2007, in Geneva County, within the Middle District of Alabama, the defendant,

MICHAEL ALRED,

did knowingly and intentionally distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

That on or about the 2nd day of February, 2007, in Geneva County, within the Middle District of Alabama, the defendant,

### MICHAEL ALRED,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.  Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for any violation as alleged in Counts 1 through 3 of this indictment, the defendant,

### MICHAEL ALRED,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 through 3 of this indictment.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

_____
FOREPERSON

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney