

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - <br> MICHAEL ALRED <br> SENTENCING GUIDELINES CASE | MAY 8, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk <br> U.S. District Court <br> Middle District of Alabama | A. Clark Morris *Acm* <br> Assistant U.S. Attorney |

    Please issue an arrest warrant for the following person who is to be indicted at the May 8, 2007, Grand Jury:

        MICHAEL ALRED
        504 South Clark Street
        Geneva, Alabama

        <u>LIMITS OF PUNISHMENT</u>
        Cts. 1 & 2:
        NMT $2,000,000 or twice gross
        loss to victim or twice gross gain
        to defendant, whichever is greatest;
        NMT 20Y, or both;
        NLT 3Y SUP REL;
        $100 AF;
        VWPA.

        Ct. 3:
        NMT $2,000,000 or twice gross
        loss to victim or twice gross gain
        to defendant, whichever is greatest;
        NLT 5Y or NMT 40Y, or both;
        NLT 4Y SUP REL;
        $100 AF;
        VWPA.

        Estimated trial time: 2 days