IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:07cr97-MEF |
| ) | |
| MICHAEL ALRED ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **MICHAEL ALRED,** in the above-styled case.

Dated this 4th day of September, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney

                       Respectfully submitted,

                       s/Jennifer A. Hart
                       **JENNIFER A. HART**
                       FEDERAL DEFENDERS
                       MIDDLE DISTRICT OF ALABAMA
                       201 Monroe Street, Suite 407
                       Montgomery, AL 36104
                       Phone: (334) 834-2099
                       Fax: (334) 834-0353
                       jennifer_hart@fd.org
                       AL Bar Code: HAR189