IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:07cr97-MEF |
| | ) | |
| **MICHAEL ALRED** | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Michael Alred. In support of this Motion, counsel states the following:

1. On August 27, 2007, the Federal Defender Office was appointed to represent Mr. Alred with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel.

2. On September 11, 2007, undersigned counsel discovered that a conflict exists between Mr. Alred and former client of the Federal Defenders Office, which requires counsel to withdraw from further representation of Mr. Alred. Undersigned counsel will provide additional information under seal if the Court so requests.

3. CJA Panel Attorney, William Whatley, has agreed to represent Mr. Alred.

WHEREFORE, undersigned counsel prays that the Office of the Federal Defender be permitted to withdraw from the representation of Mr. Alred and CJA panel attorney, William Whatley, be appointed.

Dated this 13th day of September, 2007.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                           Respectfully submitted,

                                           s/Jennifer A. Hart
                                         **JENNIFER A. HART**
                                         FEDERAL DEFENDERS
                                         MIDDLE DISTRICT OF ALABAMA
                                         201 Monroe Street, Suite 407
                                         Montgomery, AL 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         jennifer_hart@fd.org
                                         AL Bar Code: HAR189