IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw as Attorney filed September 13, 2007 (Doc. #11), is GRANTED. Attorney Jennifer A. Hart is hereby withdrawn as representation for defendant Michael Alred. CJA Panel Attorney William Whatley is appointed to represent said defendant in all future proceedings in this case.

DONE this 13th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE