IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-097-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## **O R D E R**

It is hereby ORDERED that:

1. Due to an emergency in the assigned judge's family and in the interests of justice, the trial of this case set for October 2, 2007 is continued until further order of the Court.

2. A status conference is set for October 12, 2007 at 9:30 A.M. by conference call arranged by counsel for the government..

DONE this 25th day of September, 2007.

                                            /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE