IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## **ORDER**

For good cause, it is

ORDERED that a bond revocation and detention hearing be and is hereby set for November 9, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant is remanded to the custody of the United States Marshal until the hearing and that the person or persons having custody of the defendant shall produce him for said hearing.

Defense counsel shall be prepared to explain to the Court why he, or a designated attorney, was not present at the initial appearance on the petition for this defendant, to avoid sanctions regarding this matter.

DONE this 7th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE