IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## **ORDER**

For good cause, it is

ORDERED that the bond revocation and detention hearing now set for November 9, 2007 at 9:00 a.m. be and is hereby reset for November 13, 2007 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the United States Marshal or persons having custody of the defendant shall produce said defendant for the hearings.

DONE this 8th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE