IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

**ORDER ON MOTION**

On November 13, 2007 the court conducted a detention hearing and an evidentiary hearing on the petition to revoke the defendant's bond (Doc. # 21). After consideration of the recommendations of all counsel, it is

ORDERED that the petition is GRANTED and that the defendant's pretrial release be REVOKED pending his trial unless a suitable inpatient drug treatment program is found and agreeable to the Court and United States Probation Office. Accordingly, it is ORDERED that the defendant be remanded to the United States Marshal.

Done this 13th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE