IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## **O R D E R**

The parties are hereby advised that if the proposed changes in this district's jury plan are approved by the Eleventh Circuit Judicial Council, this case will be tried by a jury selected from the Southern Division of the Middle District of Alabama and the trial will be conducted in the United States District Courthouse in Dothan, Alabama. The parties are further advised that if this case is tried in Dothan, the date of jury selection will have to be changed to February 11, 2008. While the trial setting change will not be made at this time, the parties are

ORDERED to file a notice of any potential conflict that would be created by moving the trial of this case to the two-week term of court commencing on February 11, 2008. This notice shall be filed by no later than December 17, 2007.

DONE this 7th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE