IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

**ORDER**

On December 10, 2007, Defendant Michael Alred filed a *pro se* Motion to Appoint New Counsel (Doc. #33). Upon consideration of the motion (Doc. #33), and for good cause, it is

ORDERED that the motion is set for a hearing on December 19, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. It is further

ORDERED that the United States Marshal or the person having custody of Defendant shall produce Defendant for this proceeding. It is further

ORDERED that the Clerk of Court shall provide a copy of the motion to counsel, as the motion was filed under seal.

Done this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE