IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

**AMENDED ORDER**

For good cause, it is

ORDERED that the motion hearing on Defendant Michael Alred's *pro se* Motion for New Counsel (Doc. #33) set for December 19, 2007, at 9:00 a.m. is RESET for **December 20, 2007**, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. It is further

ORDERED that the United States Marshal or the person having custody of Defendant shall produce Defendant for this proceeding.

Done this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE