IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for January 14, 2008 is rescheduled for the criminal trial term commencing on **February 11, 2008** at the United States Courthouse **in Dothan, Alabama**.

The Magistrate Judge shall conduct a pretrial conference prior to the February 11, 2008 trial term.

DONE this the 18th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE