IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

**<u>ORDER</u>**

In accordance with this Court's Order of November 13, 2007 (Doc. #31), Defendant Michael Alred (Alred) has informed the Court and the United States Probation Office of an opening at an inpatient drug treatment program at the Haven located at 831 John D. Odom Road, Dothan, Alabama 36301. Both the Government and the United States Probation Office as well as this Court find the placement suitable. Accordingly, it is

ORDERED that the Court MODIFIES its Order of November 13, 2007 (Doc. #31), releasing Alred from the custody of the United States Marshal to inpatient drug treatment at the Haven. It is further

ORDERED that the United States Marshal shall release Alred to his parents, Sheila and Fred Werner, on December 21, 2007, for the limited purpose of directly transporting Alred to the above-identified treatment facility in Dothan, Alabama. It is further

ORDERED that Alred shall appear before the undersigned upon successful

completion of drug treatment for a bond determination.

    Done this 20th day of December, 2007.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE

Case 1:07-cr-00097-MEF-WC   Document 40   Filed 12/20/2007   Page 2 of 2