IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr97-MEF |
| | ) | |
| MICHAEL ALRED | ) | |

## MOTION TO CONTINUE TRIAL

Comes now counsel of record for the defendant and files this Motion to Continue Trial in this case.  In making this requests, the Defendant submits:

1. This matter is set for trial on February 11, 2008.

2. The final pretrial conference in this matter is set for Friday, January 11, 2008.

3.  By order of this Court, the Defendant has been in a drug treatment facility since December 21, 2007.  The Defendant will not complete the treatment program until January 18, 2008. Counsel has not been permitted to meet with the Defendant since he entered the treatment facility last month.

4.  The Defendant has been providing information and assistance to the government since his initial arrest on this matter. The Defendant will have to meet further with counsel and with government officials in the future in connection with these and other matters.

5.  The government has forwarded a proposed plea agreement to counsel for the Defendant, but counsel has not even had an opportunity to meet with the Defendant to discuss the proposed plea agreement.

6.  The Defendant and the government need additional time to develop information of potential use in other matters.

7.  Counsel for the Defendant has contacted counsel for the government about making this request, and the government has no objection to a continuance being granted in this case.

8.  At this point, the Defendant is not in custody, and the status of his pre-trial release will be addressed at the pre-trial hearing on January 11th.

THEREFORE the Defendant requests that the trial in this case be continued until a later term of court.

Respectfully submitted this 10th of January, 2008.

_____
/s/ William W. Whatley, Jr. (WHA004)
Counsel for Defendant Alred

Address of Counsel:
P.O. Box 230743
Montgomery, AL
36123-09743
(334)272-0709
(334)260-9072 fax
wwwhatley@bellsouth.net

## CERTIFICATE OF SERVICE

I, William W. Whatley, Jr., Counsel for Michael Alred, hereby certify that I have served a copy of the foregoing on A. Clark Morris, Esq., by delivering to her or depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to her or by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system on this the 10th day of January, 2008.

_____
/s/ William W. Whatley, Jr.