**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 11, 2008

## NOTICE OF DEFICIENCY

**To:** Attorney William W. Whatley, Jr.

**From:** Clerk's Office

**Case Style:** U.S.A. vs. Michael Alred

**Case Number:** 1:07cr97-MEF

**Referenced Pleading:** Motion to Continue Trial (Doc. #41)

```
The above referenced pleading filed by electronic means on 1/10/08 did
not contain your electronic signature on the signature page or the
certificate of service page as required by the Criminal Administrative
Procedures.

Please file a signature page and certificate of service page by
conventional means for the referenced pleadings with your electronic
signature as soon as possible.
```