IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr97-MEF |
| | ) | |
| | ) | |
| MICHAEL ALRED, | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

Defendant in this cause, Michael Alred, by and through his counsel of record, respectfully gives notice to the Court of his Intent to Enter a Plea pursuant to Federal Rules of Criminal Procedure 11(c)(1)(B). Defendant consents to have his change of plea taken by a Magistrate Judge.

Respectfully submitted this 10th day of February, 2008.

/s/ William W. Whatley, Jr.
WILLIAM W. WHATLEY, JR. (WHA004)
ASB-0196-H26W
Attorney for Defendant

ADDRESS OF COUNSEL:
P.O. Box 230743
Montgomery, Alabama 36123
wwwhatley@bellsouth.net
Phone: (334)-272-0709
FAX:  (334)-260-9072

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing of this Motion upon the following, by Electronically Filing same and which notice is service is perfected by electronic mail or by hand delivery or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 10th day of February, 2008.

Hon. Clark Morris AUSA  
U. S. Attorney's Office  
P. O. Box 197  
Montgomery, Alabama 36102-0197

                                                      /s/ William W. Whatley, Jr.  
                                                      WILLIAM W. WHATLEY, JR. (WHA004)  
                                                      Attorney for Defendant