**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:07cr97-MEF** |
| | ) | |
| **MICHAEL ALRED** | ) | |

# O R D E R

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #55) filed on February 25, 2008, it is hereby

ORDERED that the motion is GRANTED and the forfeiture allegation is hereby stricken.

DONE this the 26th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE