AO 245B    (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

| | | |
|---|---|---|
| **DEFENDANT:** | **MICHAEL ALRED** | Judgment — Page 2 of 6 |
| **CASE NUMBER:** | **1:07CR97-MEF-01** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Forty six (46) months. This term consists of 46 months on each count to be served concurrently.**

X The court makes the following recommendations to the Bureau of Prisons:
     **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
     **The Court recommends that defendant attend and complete courses for his GED.**
     **The Court further recommends that defendant be designated to a facility as close as possible to Panama City, Fl.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**JUL 2 4 2008**

## RETURN

I have executed this judgment as follows:

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on   7-10-08 via USM   to   FPC MON

at   Maxwell AFB, AL 36112   , with a certified copy of this judgment.

                                          J. A. Keller, WARDEN
                                          ~~UNITED STATES MARSHAL~~

                 By _____
                                 ~~DEPUTY UNITED STATES MARSHAL~~